Motion by New York Public Employment Relations Board for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of DANNY ECHEVARRIA, Appellant, v PATRICIA D. MARKS, Monroe County Court Judge, Respondent.

Submitted July 13, 2009; decided August 27, 2009

Reported below, 57 AD3d 1479.

Motion for poor person relief granted.

EXECUTIVE RISK INDEMNITY INC., Appellant, v PEPPER HAMILTON LLP et al., Respondents and Third-Party Plaintiffs-Respondents. CONTINENTAL CASUALTY COMPANY et al., Third-Party Defendants-Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 56 AD3d 196.

Motion by Philadelphia Bar Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 60 AD3d 216.

Motion by New York State Catholic Conference for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

Submitted August 10, 2009; decided August 27, 2009

Reported below, 60 AD3d 216.